UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:21-CR-0032-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| CURTIS LAMONT HARRIS, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Motion of the Defendant to dispense with the bond review hearing in the above captioned matter. There is no objection from the United States Government. Based upon the reasons set forth in said motion, the Court is of the opinion that this motion should be allowed in the interest of justice.

IT IS, THEREFORE, ORDERED that the bond review hearing is canceled.

This 24th day of September, 2021.

_____
Kimberly A. Swank
United States Magistrate Judge